# Court of Appeals
# of the State of Georgia

ATLANTA, __April 02, 2014__

*The Court of Appeals hereby passes the following order:*

## A14A1265.  LEON BROOKER v. LUCY M. BROWN.

Lucy M. Brown filed an application for citation of contempt, seeking to recover past-due child support from Leon Brooker.  The trial court entered an order directing Brooker to cure his arrearage.  Brooker then filed this direct appeal.  We, however, lack jurisdiction.

A case that "involves collection of child support [monies] . . . is a domestic relations matter" within the meaning of OCGA § 5-6-35 (a) (2).  (Punctuation and citation omitted.)  *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012).  Appeals in such matters must be taken by application for discretionary appeal. Id.  Brooker's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider his appeal, which is therefore DISMISSED.  See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/02/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*